IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JONATHAN LUIS BADILLO,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-15-707 |
| **FRIENDS TRUCKING, INC.,** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Pending before the Court is Plaintiff's Motion for Default Judgment as to Defendants Friends Trucking, Inc., and Alex M. Dominguez Yanez. (ECF No. 17.) The draft order of judgment (ECF No. 21) was prepared at the Court's direction with a blank line for the attorney's fees (ECF No. 20). The Court has considered all that Plaintiff has submitted as to the attorney's fees and generally finds the number of hours appropriate to the case. Plaintiff has, however, sought compensation for his attorneys and their support staff at hourly rates that, in most instances, exceed what this Court customarily awards in accordance with its Local Rules, Appendix B, Rules and Guidelines for Determining Attorneys' Fees in Certain Cases (D. Md. 2014). Plaintiff's counsel seeks to be paid at rates deemed reasonable under the "Laffey Matrix." (Pl.'s Mot. 9.) Apparently, the Laffey Matrix applies to the Washington, D.C., metropolitan area (*id.*) and sets forth fees in excess of this Court's typical fee awards, as reflected in Appendix B to the Local Rules. The Court is not persuaded that the Laffey Matrix should govern the determination of appropriate attorney's fees in this case.

Accordingly, the Court has relied upon Appendix B and modified the rates charged for the various timekeepers, as follows:

    Jonathan Lieberman  - 5.00 hours at $400  =  $2,000.00

    Jonathan Lieberman  - 2.80 hours at $395  =  $1,106.00

    Mary C. Lombardo  - 8.10 hours at $400  =  $3,240.00

    Mary C. Lombardo  - 0.30 hours at $395  =  $ 118.50

    Eduardo Garcia  - 8.70 hours at $175  =  $1,522.50

    Natalia Prado  - 1.20 hours at $125  =  $ 150.00

    Lauren Carpenter  - 0.60 hours at $115  =  $ 69.00

The total fees awarded are $8,206.00. That amount shall be entered on the order of judgment.

DATED this 7th day of April, 2016.

                                              BY THE COURT:

                                              _____/s/_____
                                              James K. Bredar
                                              United States District Judge